

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00411-CV

**IN RE J.H.** and J.V.H., Relators

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Delivered and Filed: August 5, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On May 28, 2026, relators J.H. and J.V.H. filed a petition for writ of mandamus. On May 28, 2026, we requested a response to the petition, but, to date, none has been filed. After considering relators' petition, we conclude relators are not entitled to the relief sought. Accordingly, relators' petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-08-33900-CV, styled *In the Interest of W.R.H., a Child*, pending in the 38th Judicial District Court, Uvalde County, Texas, the Honorable Kelley Kimble presiding.